IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID McMANUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08CV457-MHT |
| | ) | |
| BLUEWATER BROADCASTING CO., LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

By order entered on July 2, 2008 (Doc. # 7), this court denied plaintiff's motion to proceed *in forma pauperis*. The court allowed plaintiff until July 28, 2008 to pay the requisite filing fee and advised him that this action may dismissed if he failed to do so. As of this date, plaintiff has neither paid the filing fee nor requested additional time to do so. Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this action be DISMISSED for plaintiff's failure to pay the filing fee required by 28 U.S.C. 1914.

The Clerk of the Court is ORDERED to file the Recommendation of the Magistrate Judge and to serve a copy on the parties to this action. The parties are DIRECTED to file any objections to this Recommendation on or before August 20, 2008 . Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation objected to. Frivolous, conclusive or general objections will not be considered by the District Court.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District

Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  <u>Resolution Trust Co. V. Hallmark Builders, Inc.</u>, 996 F.2d 1144, 1149 (11th Cir. 1993); <u>Henley v. Johnson</u>, 885 F.2d 790, 794 (11th Cir. 1989).

    DONE, this 7th day of August, 2008.

                         /s/ Susan Russa Walker  
                         SUSAN RUSS WALKER  
                         CHIEF UNITED STATES MAGISTRATE JUDGE