IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID MCMANUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08cv457-MHT |
| | ) | (WO) |
| BLUEWATER BROADCASTING | ) | |
| CO., LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On August 7, 2008 (Doc. # 8), the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 8) is adopted and that this action is dismissed for plaintiff's failure to pay the filing fee required by 28 U.S.C. 1914.

DONE, this the 26th day of August , 2008.

       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE