IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID MCMANUS,                        )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )        CIVIL ACTION NO. 2:08cv457-MHT
                                      )                 (WO)
BLUEWATER BROADCASTING                )
CO., LLC,                             )
                                      )
          Defendant.                  )

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case,

it is ORDERED and ADJUDGED that this action is dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a

final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of August , 2008.


          /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE